BRITISH GENERAL INSURANCE CO., Appellant, v. KIMSEY, Appellee.

Court of Appeals of Kentucky.

(Decided Oct. 31, 1933.)

CHARLES FERGUSON for movant.

H. PATE WELLS, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

HILL v. MOSS, Surviving Partners, et al.

Court of Appeals of Kentucky.

(Decided Nov. 14, 1933.)

RALPH HURT for movant.

L. C. WINFREY and GORDON MONTGOMERY, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

CHANEY et al v. BURNETTE.

Court of Appeals of Kentucky.

(Decided Nov. 17, 1933.)

DUDLEY L. CLARKE for appellant.

R. F. PEAK for appellee.

PER CURIAM.

Dismissed upon authority of Gilmore & Helm v. Brown, 215 Ky. 100, 284 S. W. 1017.